ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendants ReconTrust Company, N.A., and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. JORDAN,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING LP; CHARLOTTE OLMOS; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.: 3:11-cv-348-RCJ-WGC<br><br>**ORDER REGARDING**<br>**NOTICE OF CHANGE OF ATTORNEY** |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Diana S. Erb, Esq. (Nevada Bar No. 10580) is no longer associated with Akerman Senterfitt LLP and is no longer counsel in this case. Ms. Erb should be removed from all further notices.

///

///

///

{24451513;1}                                                1

1    The new attorney to be added and noticed of all further filings and hearings is as follows:

2    NATALIE L. WINSLOW, ESQ. (Nevada Bar No. 12125) natalie.winslow@akerman.com.

3    Dated this 29th day of June, 2012.

**AKERMAN SENTERFITT LLP**

 /s/  Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants ReconTrust Company, N.A., and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

IT IS SO ORDERED.

Dated this 5th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

{24451513;1}                              2